IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES A. WALKER** | : | CIVIL ACTION NO. 4:10-CV-467 |
| | : | |
| Plaintiff | : | **(CHIEF JUDGE KANE)** |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **KATHY ELLIOTT, et al.** | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the Court in the captioned action is a June 22, 2011 report of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Defendant's Motion for Summary Judgment (Doc. 41) is GRANTED.

3) The Clerk of Court shall close the file.

s/ Yvette Kane
YVETTE KANE, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: July 13, 2011